ACCEPTED
12-17-00041-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/29/2017 4:09 PM
Pam Estes
CLERK

## NO. 12-17-00041-CR

**IN THE**

**TWELFTH COURT OF APPEALS**

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/29/2017 4:09:01 PM
PAM ESTES
Clerk

**JEREMY JERMAIN JONES, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**2nd MOTION TO
EXTEND TIME FOR FILING STATE'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her Assistant Criminal District Attorney, Scott C. Holden, and hereby requests an extension of the time period for the filing of the State's Brief and in support of same would show the court as follows:

1.      Appellant's brief was filed with this honorable Court on September 27, 2017.

2.      The State's Brief is due on or before November 22, 2017.

3.      This is the State's second request for an extension.

4.      This assistant district attorney requested the court reporter to supplement the trial courts record with hearings that happened prior to trial.

5.      This assistant district attorney prepared for a sexual assault trial, State v. Jimmy Davis, Cause number 31832, during the week of October 30, 2017 and prosecuted the

same same the week of November 6, 2017.

6. This assistant district attorney prepared for and tried a multicount Aggravated Assault on a Public Servant, Burglary of Habitation, and Felon in Possession of Firearm trial, State v. Reggie Damond Dudley, Cause number 87CR-15-32488, the week of November 13, 2017.

7. The week of November 20, 2017 was Thanksgiving and this assistant district attorney was with family.

8. This assistant district attorney prepared for and is currently trying a Burglary of a Habitation case, State v. Johnny Robert Jackson, cause number 3CR-15-32507, this week of November 27, 2017.

9. This is this assistant district attorney's final trial for this year.

10. Due to the above circumstances, the undersigned will not be able to complete the State's brief by the current due date. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's brief in this cause for 30 days making the due date on or about December 22, 2017.

Respectfully submitted by,

SCOTT C. HOLDEN,
1st ASSISTANT DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's Brief has been sent by email to Colin McFall, Attorney for Appellant.

**SCOTT C. HOLDEN,**
**1st ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

| THE STATE OF TEXAS | § |
| COUNTY OF ANDERSON | § |

§ appears three times between the two entries.

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **SCOTT C. HOLDEN** who states on oath that the facts contained in the State's Second Motion for Extension of Time to File Brief in <u>Jeremy Jones vs. The State of Texas,</u> (Trial Court Cause Nos. 87CR-16-32899 in the 87th Judicial District Court of Anderson County), Case No. **12-17-00041-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**SCOTT C. HOLDEN, 1ˢᵗ ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795**

Given under my hand and seal of office this the 29 day of November, 2017.

NOTARY PUBLIC
FOR THE STATE OF TEXAS
COUNTY OF ANDERSON

MY COMMISSION EXPIRES: ___11/13/18___.